1
2
3
4
5
6
7            IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

10   TIMOTHY JAMES STANBROUGH,          1:11-cv-02039-LJO-DLB (HC)

11                                      ORDER GRANTING PETITIONER'S
                   Petitioner,          SECOND MOTION FOR EXTENSION OF
12                                      TIME TO FILE TRAVERSE
         vs.
13                                      (DOCUMENT #28)

14   MATTHEW CATE,
                                        THIRTY DAY DEADLINE
         Respondent.
15
     _____/
16
         Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28
17
     U.S.C. § 2254.  On August 9, 2012, petitioner filed a motion to extend time to file traverse.
18
     Good cause having been presented to the court and GOOD CAUSE APPEARING
19
     THEREFOR, IT IS HEREBY ORDERED that:
20
         Petitioner is granted thirty days from the date of service of this order in which to file a
21
     traverse.
22

23

24
     IT IS SO ORDERED.
25
     Dated:   **August 14, 2012**              **/s/ Dennis L. Beck**
26                                         UNITED STATES MAGISTRATE JUDGE

27

28